UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN CURKOVIC,

    Plaintiff,

    v.                                CASE NO.: 6:16-cv-01784-CEM-GJK

BOTTLING GROUP, LLC and
BROOKS TURTON,

    Defendant.
_____/

**INDEX OF DOCUMENTS IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**I.** **Transcript and Exhibits from Deposition of John Curkovic Relied Upon By Defendant**

    Ex. 1.    Deposition Transcript of Plaintiff John Curkovic taken April 6, 2017 ("P1 at ____")

    Ex. 2.    Deposition Transcript of Plaintiff John Curkovic taken December 27, 2017 ("P2 at ____")

    Ex. 3.    P Dep. Ex. 6 – EEO, Harassment & Retaliation, Zero Tolerance on Workplace Violence, and Affirmative Action Programs

    Ex. 4.    P Dep. Ex. 7 – General Rules of Conduct and Worldwide Code of Conduct

    Ex. 5.    P Dep. Ex. 8 – Employee Guidebook for the Southeast Region,

    Ex. 6.    P Dep. Ex. 9 – Plaintiff's Notes

    Ex. 7.    P Dep. Ex. 11 – 08/13/15 Email from Plaintiff to Traci Rue

    Ex. 8.    P Dep. Ex. 12 – 2015 Performance & Development Review

    Ex. 9.    P Dep. Ex. 13 – Letter of Hire

    Ex. 10.    P Dep. Ex. 16 – 04/26/16 Note to File

    Ex. 11.    P Dep. Ex. 17 – 2016 Performance & Development Review

    Ex. 12.    P Dep. Ex. 19 – 05/03/16 Email Exchange between Plaintiff and Rick Walker

    Ex. 13.    P Dep. Ex. 21 – 07/12/16 Email Exchange between Plaintiff and Rick Walker

    Ex. 14.    P Dep. Ex. 25 – Job Description: Supply Chain Ops. Associate Supervisor

**II.**    **Other Documents Relied Upon by Defendant**

    Ex. 15.    Affidavit of Katie Baird ("Baird ¶____")

Respectfully submitted,

FORD HARRISON LLP

By:    /s/ Dawn Siler-Nixon
Dawn Siler-Nixon
Florida Bar No. 993360
dnixon@fordharrison.com
Lavern J. Wilson
Florida Bar No. 028650
lwilson@fordharrison.com

For the firm
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 23, 2017, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to:

Jerry Girley, Esq.
phyllis@thegirleylawfirm.com
The Girley Law Firm, P.A.
125 E. Marks Street
Orlando, Florida 32803

/s/ Dawn Siler-Nixon
Attorney

WSACTIVELLP:9569124.1