UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN CURKOVIC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　Case No: 6:16-cv-1784-Orl-41GJK

**BROOKS TURTON and BOTTLING GROUP, LLC,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Verified Motion of Defendant to Tax Costs (Doc. 63). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 69), recommending that the Court grant the Motion and award Defendant Bottling Group, LLC $4,249.11 in taxable costs.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Verified Motion of Defendant to Tax Costs (Doc. 63) is **GRANTED**.

3. Defendant Bottling Group, LLC is awarded taxable costs in the amount of $4,249.11.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2018.



Copies furnished to:

Counsel of Record